Cecelia MADEWELL *v.* STATE of Arkansas

CR 95-533                                          899 S.W.2d 843

Supreme Court of Arkansas
Opinion delivered June 12, 1995

*Timothy M. Weaver*, for appellant.

*No response.*

■ PER CURIAM. We treat this motion for rule on the clerk as a motion for a belated appeal. Appellant filed her notice of appeal on December 1, 1994, whereas the judgment was not entered until later that same day. Under our rules the notice of appeal was of no effect. Ark. R. App. P. 4; *Kelly* v. *Kelly*, 310 Ark. 244, 835 S.W.2d 249 (1991).

We grant the motion for a belated appeal and direct that a

copy of this opinion be forwarded to the Committee on Professional Conduct.